UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KINGRALE COLLINS,** **PLAINTIFF**
**ADC #SK945**

v.   5:09CV00156 BSM/HLJ

**MRS. BRODEAX, et al.** **DEFENDANTS**

## JUDGMENT

Pursuant to the memorandum and order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ORDERED this 10th day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE